IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>    Plaintiffs,<br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:26-cv-00061-JAG |

**Motion to Expedite Motion for Admission Pro Hac Vice**

With this Motion to Expedite Motion for Admission Pro Hac Vice, counsel for Plaintiffs the Confederated Tribes of the Colville Reservation and the Confederated Tribes of the Chehalis Reservation ("Plaintiff Tribes") are filing an (Expedited) Motion for Admission Pro Hac Vice seeking the pro hac vice admission of Thomas J. Peckham, under Local Rule of Civil Procedure 83.2(c), to appear in the above-

1

captioned case  Expedited consideration of that motion is requested for the following reasons.

This action involves federal grant funding for federally recognized Indian tribes to fund Pacific salmon hatcheries. The National Oceanic and Atmospheric Administration ("NOAA"), a federal agency, set aside $240 million that Congress appropriated to it in the 2022 Inflation Reduction Act for these grants. The Plaintiff Tribes allege that NOAA unlawfully excluded the Plaintiff Tribes from even applying for grants, instead arbitrarily limiting the number of tribes "eligible" to a pre-selected group of twenty-seven tribes. After three years of consistent efforts at all levels of the NOAA hierarchy, the Plaintiff Tribes were unsuccessful in getting NOAA Fisheries to add them to the "eligible" tribe list. In an interesting wrinkle, NOAA transferred the funds to the Bureau of Indian Affairs ("BIA"), so BIA currently holds the funds and is also named as a defendant (along with Interior Secretary Burgum).

Expedited consideration of the pro hac vice motion is warranted because BIA issued a letter and a request for proposals to the twenty-seven eligible tribes on November 18, 2025, giving those tribes 30 days to apply. The Plaintiff Tribes have no way of knowing when BIA will actually award the grants, but it could be imminent. In any event, it must be soon because the BIA must obligate the funds by September 30, 2026.

The Plaintiff Tribes therefore believe it would be very beneficial to have Mr.

Peckham admitted pro hac vice as soon as possible so that he can file any motions for temporary and/or preliminary injunctive relief in the coming days, assuming the Plaintiff Tribes are unable to secure a binding agreement from the United States that some ten percent of the grant funds will ***not*** be issued until a date certain.[1] (The reasons the Plaintiff Tribes sought outside counsel, and out-of-state counsel, are explained in the pro hac vice motion.) While it is of course possible for local counsel to file for any immediate equitable relief, it seems to make good sense to have Mr. Peckham be in a position to do so.

It is in that vein that the Plaintiff Tribes respectfully request that the Court grant this motion and expedite consideration of the (Expedited) Motion for Pro Hac Vice Admission.

---

[1] The Plaintiff Tribes are reluctant to go into too much detail at this early stage, but BIA reports that some $184 million of the original $240 is undistributed at this point. The Plaintiff Tribes' have three hatchery projects between them, and the grant award for a project is limited to $6 million. In addition, BIA already distributed $2 million to each of the twenty-seven "eligible" tribes. Accordingly, the Plaintiff Tribes have been forced to litigate to ensure that BIA retains $22 million (3 x $6 million plus 2 x $2 million) if the Plaintiff Tribes are declared "eligible" through this action and receive the grant funds for which they could then apply.

Dated: February 5, 2026             Respectfully submitted,


/s Robbi Kesler                     /s Marty Raap
Robbi Kesler                        Marty Raap
Lead Attorney                       Managing Attorney
Confederated Tribes                 Office of Reservation Attorney
  of the Chehalis Reservation     Confederated Tribes
420 Howanut Rd.                       of the Colville Reservation
Oakville, WA 98568                  21 Colville St.
telephone: (360) 709-1835           Nespelem, WA 99155
*Council for the Confederated*      (509) 634-2381
  *Tribes of the Chehalis Reservation*   *Council for the Confederated*
     *Tribes of the Colville Reservation*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, Plaintiff's counsel electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

National Oceanic and Atmospheric Administration;
Secretary of Commerce Howard Lutnick, in his official capacity;
Jennifer Quan, Regional Administrator, NOAA Fisheries West Region, in her official capacity;
Bureau of Indian Affairs; and
Secretary of the Interior Douglas Burgum, in his official capacity.

by mailing the document to federal counsel (*cf.* Fed.R.Civ.P. 4(i)):

> United States Attorneys Office
> Attn: Civil Process Clerk
> P.O. Box 1494
> Spokane, WA 99210-1494
>
> Pam Bondi
> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave. NW
> Washington DC 20530-0001

and to Ms. Quan, Secretary Lutnick, and Secretary Burgum directly at:

> Howard Lutnick
> Secretary of Commerce
> U.S. Department of Commerce
> 1401 Constitution Ave NW
> Washington, DC 20230

Jennifer Quan
Regional Administrator
West Coast Region
NOAA Fisheries
1201 Northeast Lloyd Blvd.
   Suite 1100
Portland OR 97232

Douglas Burgum
Secretary of the Interior
U.S. Department of the Interior
1849 C Street NW
Washington DC 20240

and to the main offices of NOAA and the BIA directly at:

National Oceanic and
 Atmospheric Administration
1401 CONSTITUTION AVE. NW
 ROOM 5128
WASHINGTON DC 20230

Bureau of Indian Affairs
MS-4606 1849 C STREET NW
WASHINGTON DC 20240

_Thomas J. Peckham_
Thomas J. Peckham