IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, <br><br> Plaintiffs, <br> v. <br><br> NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:26-cv-00061-JAG |

### **(Proposed) ORDER**

The Court, having considered the Plaintiffs' Motion to Expedite Consideration of Motion for Admission Pro Hac Vice (ECF ____), and being otherwise fully informed, hereby ORDERS as follows:

1. The Motion is GRANTED, and

2. The Court will expedite consideration of Plaintiffs' Motion for Admission Pro Hac Vice.

1

It is so ORDERED.


DATED: February XX, 2026

                                                        _____
                                                        JAMES A. GOEKE
                                                        UNITED STATES MAGISTRATE JUDGE

Each of the Plaintiff's counsel has reviewed this proposed order and authorized its submission through the ECF system. Because Defendants' counsel has not yet appeared, the motion and this proposed order are also being served by USPS mail.

/s Robbi Kesler
Robbi Kesler
Lead Attorney
Confederated Tribes
   of the Chehalis Reservation
420 Howanut Rd.
Oakville, WA 98568
telephone: (360) 709-1835
*Council for the Confederated*
   *Tribes of the Chehalis Reservation*

/s Marty Raap
Marty Raap
Managing Attorney
Office of Reservation Attorney
Confederated Tribes
   of the Colville Reservation
21 Colville St.
Nespelem, WA 99155
(509) 634-2381
*Council for the Confederated*
   *Tribes of the Colville Reservation*