IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

CONFEDERATED TRIBES OF THE ) 
COLVILLE RESERVATION; )
CONFEDERATED TRIBES OF )
THE CHEHALIS RESERVATION, )
 )
    Plaintiffs, )
v. ) No. 2:26-cv-00061-JAG
 )
NATIONAL OCEANIC AND )
ATMOSPHERIC ADMINISTRATION; )
SECRETARY OF COMMERCE )
HOWARD LUTNICK, in his official )
capacity; JENNIFER QUAN, Regional )
Administrator, NOAA Fisheries West )
Region, in her official capacity; BUREAU )
OF INDIAN AFFAIRS; SECRETARY )
OF THE INTERIOR DOUGLAS )
BURGUM, in his official capacity, )
 )
    Defendants. )
 )

## Motion for Emergency Temporary Restraining Order

The Confederated Tribes of the Colville Reservation and the Confederated Tribes of the Chehalis Reservation respectfully move for an emergency temporary restraining order intended to last a matter of days. Based on information from Defendants' counsel, the Bureau of Indian Affairs intends to issue award letters of Inflation Reduction Act tribal hatchery grant funds to other tribes "no sooner" than March 6, 2026, but Defendants would not agree to a later date.

As argued in the supporting memorandum and as shown by two affidavits attached to that memorandum, issuance of award letters will cause immediate and irreparable harm to the Plaintiff Tribes. Rather than requesting that the Court enjoin issuance of the letters altogether, however, Plaintiff Tribes request only that the Court temporarily enjoin Defendants from awarding $22 million of the $184 million BIA has said is available. $22 million is the maximum amount the Plaintiff Tribes will receive if they are ultimately declared "eligible" to apply for the funds and their applications are approved in full.

The requested emergency TRO would last only until Defendants can respond to the companion motion for a more "standard" TRO and/or the companion motion for a preliminary injunction and then the Court can assess how to proceed with the companion motions, likely one or two hearings, etc. The goal is that $22 million not be promised or distributed to other tribes until the Court has an opportunity to rule on whether the Plaintiff Tribes are "eligible" to apply for the funds, and if so, allows them to apply and for their applications to be fairly considered. That more detailed relief is sought in the companion motion for a preliminary injunction, not in this motion or the motion for a temporary restraining order.

Counsel for the Plaintiff Tribes have alerted Defendants' counsel that this motion is to be filed and provided near-final drafts of the motions to Defendants' counsel on March 2, 2026. Defendants' counsel will also receive notice through

CM/ECF.  Defendants oppose this motion.

Dated: March 2, 2026

Attested and respectfully submitted,

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And signed by local counsel as required by local rule:

| | |
|---|---|
| /s Robbi Kesler | /s Marty Raap |
| Robbi Kesler | Marty Raap |
| Lead Attorney | Managing Attorney |
| Confederated Tribes | Office of Reservation Attorney |
|   of the Chehalis Reservation | Confederated Tribes |
| 420 Howanut Rd. |   of the Colville Reservation |
| Oakville, WA 98568 | 21 Colville St. |
| telephone: (360) 709-1835 | Nespelem, WA 99155 |
| *Counsel for the Confederated* | (509) 634-2381 |
|   *Tribes of the Chehalis Reservation* | *Counsel for the Confederated* |
| |   *Tribes of the Colville Reservation* |

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, Plaintiff's counsel electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document and the related proposed order to the following non-CM/ECF participants:

None:  All Defendants are now represented by a registered CM/ECF user

  /s Thomas J. Peckham
Thomas J. Peckham