# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity.<br><br>Defendants. | No. 2:26-cv-00061-RLP |

## (Proposed) Emergency Temporary Restraining Order

The Court, having considered the Plaintiffs' Motion for Emergency Temporary Restraining Order, hereby ORDERS as follows:

1. The Motion is GRANTED, and

2. Defendants, collectively and individually, are hereby temporarily ENJOINED from issuing award letters for, or otherwise distributing or communicating an intent to distribute, $22,000,000.00 from the Inflation

Reduction Act tribal hatchery grant fund opportunity announced by the United States Departments of Commerce and Interior on July 25, 2024. *See* https://www.commerce.gov/news/press-releases/2024/07/commerce-and-interior-departments-announce-240-million-president-bidens.

3. It is the Court's understanding that reserving the $22 million nevertheless will allow Defendants to award some $162,000,000 to other Indian tribes on a timetable of Defendants' choosing.

4. The injunction in paragraph 2 will remain in place until further order of the Court, presumably when the Court has an opportunity to consider the Plaintiffs' Motion for Temporary Restraining Order.

It is so ORDERED.


DATED: XXXXX XX, 2026

                                                                                             _____
                                                                                              REBECCA L. PENNEL
                                                                                              UNITED STATES
                                                                                              DISTRICT COURT JUDGE

Submitted by:

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And approved on March 2, 2026, by:

| | |
|---|---|
| /s Robbi Kesler | /s Marty Raap |
| Robbi Kesler | Marty Raap |
| Lead Attorney | Managing Attorney |
| Confederated Tribes of the Chehalis Reservation | Office of Reservation Attorney Confederated Tribes of the Colville Reservation |
| 420 Howanut Rd. | 21 Colville St. |
| Oakville, WA 98568 | Nespelem, WA 99155 |
| telephone: (360) 709-1835 | (509) 634-2381 |
| *Counsel for the Confederated Tribes of the Chehalis Reservation* | *Counsel for the Confederated Tribes of the Colville Reservation* |