IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>    Plaintiffs,<br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity.<br><br>    Defendants. | No. 2:26-cv-00061-RLP |

**<u>(Proposed) Temporary Restraining Order</u>**

The Court, having considered the Plaintiffs' Motion for Preliminary Injunction, hereby ORDERS as follows:

1. The Motion is GRANTED, and

2. Defendants, collectively and individually, are hereby temporarily ENJOINED from issuing award letters for, or otherwise distributing or communicating an intent to distribute, $22,000,000.00 from the Inflation Reduction

1

Act tribal hatchery grant fund opportunity announced by the United States Departments of Commerce and Interior on July 25, 2024. *See* https://www.commerce.gov/news/press-releases/2024/07/commerce-and-interior-departments-announce-240-million-president-bidens.

3. It is the Court's understanding that reserving the $22 million nevertheless will allow Defendants to award some $162,000,000 to other Indian tribes on a timetable of Defendants' choosing.

4. The injunction in paragraph 2 will remain in place until further order of the Court, presumably when the Court has had a full opportunity to consider the Plaintiffs' Motion for Preliminary Injunction.

It is so ORDERED.


DATED: XXXXX XX, 2026


                                                        _____
                                                        REBECCA L. PENNEL
                                                        UNITED STATES
                                                        DISTRICT COURT JUDGE

Submitted by:

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And approved on March 2, 2026, by:

| | |
|---|---|
| /s Robbi Kesler | /s Marty Raap |
| Robbi Kesler | Marty Raap |
| Lead Attorney | Managing Attorney |
| Confederated Tribes of the Chehalis Reservation | Office of Reservation Attorney Confederated Tribes of the Colville Reservation |
| 420 Howanut Rd. | 21 Colville St. |
| Oakville, WA 98568 | Nespelem, WA 99155 |
| telephone: (360) 709-1835 | (509) 634-2381 |
| *Counsel for the Confederated Tribes of the Chehalis Reservation* | *Counsel for the Confederated Tribes of the Colville Reservation* |