IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,

    Plaintiffs,

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity,

    Defendants.

No. 2:26-cv-00061-JAG

## Motion for Preliminary Injunction

The Confederated Tribes of the Colville Reservation and the Confederated Tribes of the Chehalis Reservation (together "Plaintiff Tribes") respectfully move for a preliminary injunction. Based on information from Defendants' counsel, the Bureau of Indian Affairs intends to issue award letters of Inflation Reduction Act tribal hatchery grant funds to other tribes" no sooner" than March 6, 2026. Accordingly, companion motions seek an emergency temporary restraining and a

1 subsequent TRO until this motion can be considered by the Court. As argued in the
2 supporting memorandum, the Plaintiff Tribes should have been, and should now be,
3 deemed "eligible" to apply for tribal hatchery grant funds made available to twenty-
4 seven other pre-selected tribes under the Inflation Reduction Act. The Plaintiff
5 Tribes therefore seek preliminary relief that 1) they are eligible to apply for the grant
6 funds, 2) that, as a consequence of being "eligible" they each receive the same $2
7 million "non-competitive" grants the other twenty-seven tribes received, 3) that their
8 project applications be submitted by May 15, 2026, 4) that the Bureau of Indian
9 Affairs evaluate those applications and provide a written decision on each proposal
10 to the relevant Plaintiff Tribe and the Court by a date certain (perhaps June 15, 2026,
11 subject to comment by Defendants), 5) that for any amounts Defendants may award
12 to the Plaintiff Tribes, Defendants, in cooperation with Plaintiffs, ensure that the
13 appropriate documents necessary to obligate such funds are finalized and approved
14 by appropriate agency personnel by or before August 15, 2026; and 6) that
15 Defendants not award or distribute $22 million of the $184 million BIA has said is
16 available until 14 calendar days after the award decisions in 4) are provided.

17 Defendants oppose this motion.

18 Plaintiff Tribes respectfully request that the Court order the preliminary
19 injunctive and declaratory relief sought, after proceedings as the Court deems
20 appropriate.

21

Dated: March 2, 2026

Attested and respectfully submitted,

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And signed by local counsel as required by local rule:

| | |
|---|---|
| /s Robbi Kesler | /s Marty Raap |
| Robbi Kesler | Marty Raap |
| Lead Attorney | Managing Attorney |
| Confederated Tribes | Office of Reservation Attorney |
|   of the Chehalis Reservation | Confederated Tribes |
| 420 Howanut Rd. |   of the Colville Reservation |
| Oakville, WA 98568 | 21 Colville St. |
| telephone: (360) 709-1835 | Nespelem, WA 99155 |
| *Counsel for the Confederated* | (509) 634-2381 |
|   *Tribes of the Chehalis Reservation* | *Counsel for the Confederated* |
| |   *Tribes of the Colville Reservation* |

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, Plaintiff's counsel electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document and the related proposed order to the following non-CM/ECF participants:

None:  All Defendants are now represented by registered CM/ECF users.


  /s Thomas J. Peckham
Thomas J. Peckham