IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>  Plaintiffs,<br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity.<br><br>  Defendants. | No. 2:26-cv-00061-RLP |

### **(Proposed) Preliminary Injunction**

The Court, having considered the Plaintiffs' Motion for Preliminary Injunction, hereby ORDERS as follows:

1. The Motion is GRANTED, and

2. The Court ORDERS as follows:

   a. Defendants, collectively and individually, are hereby preliminarily

      ENJOINED from issuing award letters for, or otherwise distributing or

communicating an intent to distribute, $22,000,000.00 from the Inflation Reduction Act tribal hatchery grant fund opportunity announced by the United States Departments of Commerce and Interior on July 25, 2024.  *See* https://www.commerce.gov/news/press-releases/2024/07/commerce-and-interior-departments-announce-240-million-president-bidens.  It is the Court's understanding that reserving the $22 million nevertheless will allow Defendants to award some $162,000,000 to other Indian tribes on a timetable of Defendants' choosing.  The obligation to reserve $22 million shall cease fourteen calendar days after all written decisions mandated by 2.c are both provided to the relevant Plaintiff tribe and provided to the Court.

b. The Plaintiffs, the Confederated Tribes of the Chehalis Reservation and the Confederated Tribes of the Colville Reservation, are DECLARED eligible to apply for those tribal hatchery grant funds and shall have until May 15, 2026 to submit up to three proposals (two from the Colville Tribes and one from the Chehalis Tribes).

c. Defendant Bureau of Indian Affairs shall, by June 15, 2026, evaluate those proposals, prepare a written and reasoned evaluation of each not inconsistent with the "technical review and ranking process" used to

    evaluate other tribes' proposals, and submit its written determination to both the relevant Plaintiff tribe and the Court by that date.

   d. For any amounts awarded to the Plaintiff tribes, Defendants, in cooperation with Plaintiffs, shall ensure that the appropriate documents necessary to obligate such funds are finalized and approved by appropriate agency personnel by or before August 15, 2026.

   e. By virtue of being declared eligible to apply for the grant funds, Defendants shall promptly distribute to each Plaintiff tribe $2,000,000, the amount previously distributed in "non-competitive" grant funds to other tribes previously.   Once distributed to both Plaintiffs, the $22 million amount to be reserved in 2.a may be reduced to $18 million.

3. The injunctive and declaratory relief in paragraph 2 will remain in place until further order of the Court.   The Court intends to expedite the proceedings in this case to limit the duration of this equitable relief.

It is so ORDERED.


DATED: XXXXX XX, 2026

                                                _____

                                                REBECCA L. PENNEL
                                                UNITED STATES
                                                DISTRICT COURT JUDGE

Submitted by:

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And approved on March 2, 2026, by:

| | |
|---|---|
| /s Robbi Kesler | /s Marty Raap |
| Robbi Kesler | Marty Raap |
| Lead Attorney | Managing Attorney |
| Confederated Tribes   of the Chehalis Reservation | Office of Reservation Attorney Confederated Tribes   of the Colville Reservation |
| 420 Howanut Rd. | 21 Colville St. |
| Oakville, WA 98568 | Nespelem, WA 99155 |
| telephone: (360) 709-1835 | (509) 634-2381 |
| *Counsel for the Confederated   Tribes of the Chehalis Reservation* | *Counsel for the Confederated   Tribes of the Colville Reservation* |