IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:26-cv-00061-TOR |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**(Proposed) Order Granting Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Emergency Temporary Restraining Order (ECF No. 13)**

The Court, having considered the Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Emergency Temporary Restraining Order (ECF No. 13), and otherwise being fully informed, hereby ORDERS as follows:

1. The Motion is GRANTED.

2. [Any further orders or guidance from the Court, including in response to

Defendants' statement that they "respectfully request the Court allow it until end of day March 5, 2026, to explain, among other things, the potential harm to 27 eligible tribes if there is any withholding or delay in funding awards."]

It is so ORDERED.

DATED: XXXXX XX, 2026

                                                                                         _____  
                                                                                         THOMAS O. RICE  
                                                                                         UNITED STATES  
                                                                                         DISTRICT COURT JUDGE

Submitted by:

/s Thomas J. Peckham
Thomas J. Peckham
Nordhaus Law Firm LLC
6739 Academy Rd. NE, Ste. 256
Albuquerque, NM 87109
(505) 243-4275
tpeckham@nordhauslaw.com
*Counsel for the Plaintiff Tribes*
*(admitted pro hac vice)*

And approved on March 4, 2026, by:

/s Robbi Kesler
Robbi Kesler
Lead Attorney
Confederated Tribes
  of the Chehalis Reservation
420 Howanut Rd.
Oakville, WA 98568
telephone: (360) 709-1835
*Counsel for the Confederated*
  *Tribes of the Chehalis Reservation*

/s Marty Raap
Marty Raap
Managing Attorney
Office of Reservation Attorney
Confederated Tribes
  of the Colville Reservation
21 Colville St.
Nespelem, WA 99155
(509) 634-2381
*Counsel for the Confederated*
  *Tribes of the Colville Reservation*