Todd Blanche
Deputy Attorney General of the United States
Joseph P. Derrig
Derek T. Taylor
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,

Plaintiffs,

vs.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity,

Defendants.

Case No. 2:26-cv-00061-RLP

**DECLARATION OF SAMUEL D. RAUCH III**

1. My name is Samuel D. Rauch III. I am over the age of 18 years. I am competent to testify to these matters and am testifying based on my personal

DECLARATION OF SAMUEL D. RAUCH III - 1

1. knowledge and knowledge gained through my employment with the National Oceanic and Atmospheric Administration (NOAA). I declare under the penalty of perjury that the following is true and correct:

2. I have been employed with NOAA's National Marine Fisheries Service ("NOAA Fisheries") since 2003, and in my current capacity as Deputy Assistant Administrator for Regulatory Programs since 2006. In this capacity I oversee a broad range of NOAA Fisheries' regulatory actions and programs, including those to support the conservation and recovery of marine mammals and endangered species; ensure economically and biologically sustainable fisheries; and promote habitat stewardship through restoration and conservation.

3. The Inflation Reduction Act, enacted on August 16, 2022, allocated $2.6 billion for climate resilience grants, $300m of which was directed toward NOAA Fisheries' West Coast Region for supporting hatcheries and Tribal fisheries.

4. On March 1, 2023, NOAA circulated a letter from the NOAA Administrator, Dr. Richard Spinrad, inviting Tribes across the nation to participate in two webinars held that month to discuss and solicit feedback regarding the $2.6 billion overall appropriation of funds to NOAA. Attached hereto as **Exhibit 1** is a true and correct copy of the March 1, 2023 letter to Tribal Leaders. NOAA's record of these engagements is found in a June 5, 2023, Tribal Input on Inflation Reduction Act, NOAA Executive Summary and Response, which shows 43 Tribes took part in the sessions and 24 tribes also provided written responses. Attached hereto as **Exhibit 2** is

DECLARATION OF SAMUEL D. RAUCH III - 2

1  a true and correct copy of the June 5, 2023, Tribal Input on Inflation Reduction Act,
2  NOAA Executive Summary and Response.

3       5.    On June 12, 2023, the Regional Administrator for NOAA Fisheries,
4  Jennifer Quan, sent a "Dear Tribal Leaders" letter to numerous tribes, receiving
5  responses from 25 tribes, plus the Northwest Indian Fish Commission (representing
6  the 20 tribes co-managing Washington fisheries) and the Columbia River Inter-Tribal
7  Fish Commission (representing the Nez Perce, Umatilla, Warm Springs and Yakama
8  Nation tribes co-managing Columbia River fisheries below Chief Joseph Dam).
9  Attached hereto as **Exhibit 3** is a true and correct copy of the June 12, 2023 Dear
10 Tribal Leaders letter. Attached hereto as **Exhibit 4** is a true and correct copy of an
11 undated spreadsheet entitled "RSVPList_IRA_HatcheryFunding_2023June.xlsx", as
12 converted to .pdf format. This letter asked for input regarding the distribution of $300
13 million allocated to the West Coast Region for hatchery repairs, including $60 million
14 to "Mitchell Act" hatcheries in the Columbia River and $240 million to non-Mitchell
15 Act hatcheries.

16      6.    The Confederated Tribes of the Colville Reservation ("Colville Tribes")
17 were among the tribes that received the June 12, 2023 letter inviting their continued
18 participation and input regarding how to distribute the funds efficiently. Attached
19 hereto as **Exhibit 5** is a true and correct copy of the email message transmitting the
20 June 12,2023 "Dear Tribal Leaders" letter. The letter invited the Colville Tribes to
21

DECLARATION OF SAMUEL D. RAUCH III - 3

1 participate in a series of meetings held from June 21-23 as well as requested
2 comments to be provided via email until July 23, 2023.

3     7.    On September 9, 2023, the West Coast Region reached out to 24 Western
4 Washington Tribes, including the Confederated Tribes of the Chehalis Reservation
5 ("Chehalis Tribes"), by email to Tribes to a follow-up meeting held on October 11,
6 2023. Attached hereto as **Exhibit 6** is a true and correct copy of the email message
7 transmitting the October 11, 2023 meeting invitation. An email exchange of October
8 11 indicates the Chehalis Tribe's participation. Attached hereto as **Exhibit 7** is a true
9 and correct copy of the October 11, 2023 email exchange between staff from the
10 Chehalis Tribe and NOAA Fisheries. The West Coast Region presented information
11 shown in the slides used at the meeting and generated a summary of the meeting with
12 responses to comments. Attached hereto as **Exhibit 8** is a true and correct copy of a
13 NOAA Fisheries slideshow dated October 11, 2023 titled Inflation Reduction Act
14 (IRA): Tribal (Non-Mitchell) Hatchery Funds. Attached hereto as **Exhibit 9** is a true
15 and correct copy of a NOAA document dated October 11, 2023, titled Tribal Input on
16 Inflation Reduction Act Investments: Tribal Hatchery Provisions.

17     8.    Finally, the West Coast Region convened a meeting in person with Tribes
18 to exchange information in an open setting on December 4, 2023. Following the
19 meeting, which appears to have been attended by Charles (Chuck) Brushwood as the
20 Colville Tribes Fish & Wildlife Policy Advisor, Mr. Brushwood asked for a copy of
21 the slide deck to share with his staff and elected leadership of the Colville Tribes.

DECLARATION OF SAMUEL D. RAUCH III - 4

Attached as **Exhibit 10** is a true and accurate copy of Mr. Brushwood's email string in December of 2023.

9. On March 29, 2024, NOAA executed its decision with regard to the $240 million in available hatchery funding. In an effort to meet the needs and serve the many interests expressed in these engagements and meetings in 2022 and 2023, NOAA Fisheries' decision called for directing the funding to:

> Federally recognized tribes that have a Pacific salmon or steelhead hatchery facility or interest in a Pacific salmon or steelhead hatchery facility that needs maintenance and/or modernization, and where an allocation of funds for that facility would contribute to the exercise of tribal salmon fishing in four significant tribal salmon fisheries, the US v. Oregon, US v. Washington, Klamath/Trinity, and Metlakatla fisheries.

10. The above language appears on page 1 of the memorandum accompanying the decision, entitled "Inflation Reduction Act Tribal Funding Interagency Agreement between NMFS and BIA," a true and correct copy of which is attached as **Exhibit 11**. NOAA Fisheries further decided to have the Bureau of Indian Affairs ("BIA") facilitate a noncompetitive and competitive allocation process for the 27 tribes meeting that criteria, and to award, disburse, and provide oversight of funds to the extent allowed through existing BIA contracts and compacts governed under the Indian Self-Determination and Education Assistance Act (ISDEAA), 25 U.S.C. §5301 et seq. As expressed in Exhibit 2, page 6-7, numerous Tribes expressed a preference for this arrangement due to a general familiarity with Section 638 contracts. At least

DECLARATION OF SAMUEL D. RAUCH III - 5

some Tribal commenters noted that the BIA system was easier to access than NOAA Fisheries' systems. Exhibit 2, page 5.

11. On March 29, 2024, along with the issuance of Exhibit 11, NOAA Fisheries and BIA entered into an Interagency Agreement memorializing that decision. Attached hereto is a true and accurate copy of: **Exhibit 12** - the General Terms & Conditions (FS Form 7600A); and **Exhibit 13** – the Order Form (FS Form 7600B).

12. On or about April 4, 2024, Ms. Quan contacted the Colville Tribe by phone to inform them that the action would not include their participation. Attached hereto as **Exhibit 14** is a true and accurate copy of email correspondence memorializing that notification.

13. According to the IAA memorandum (Exhibit 11) described in paragraph 9 and 10, BIA agreed to disburse the allocated $240 million to 27 federally-recognized Tribes in two phases: an initial round of up to $2 million to each participating Tribe that requests these funds, followed by a final round of funding pursuant to a competitive application process (approximately $184 million). The 27 Tribes are listed in Table 1 of the IAA Memorandum, Exhibit 11.

14. The consultations leading up to the decision reflected in the IAA included more than the 27 Tribes listed by the IAA Memorandum as eligible. See, e.g., Exhibit 4. NOAA Fisheries' reasoning for narrowing the program to these 27 Tribes as eligible parties to apply to BIA for hatchery funding as part of this program

DECLARATION OF SAMUEL D. RAUCH III - 6

is found in a July 25, 2024 "ROLL OUT PLAN FOR Announcing $240M in NOAA Inflation Reduction Act Funds being made available to tribes for salmon hatchery deferred maintenance and modernization," a true and correct copy of which is attached hereto as **Exhibit 15**. On pages 8 and 9 the ROLL OUT PLAN walks through the rationale. First, NOAA Fisheries recognized that the "extensive needs of tribal hatcheries across the region far exceeded the available funding." From there, NOAA Fisheries focused on "the best way to deliver funding where it would have the greatest benefit." Exhibit 15, page 9.

15. NOAA Fisheries heard feedback from Tribes that the hatchery upgrade needs may cost substantially more than the $240 million available. The CRITFC and NWIFC Tribes, representing the Columbia River and Puget Sound fisheries, shared their needs assessment with NOAA Fisheries asserting that approximately $1.5 billion may be needed for related hatchery repairs, counting only Tribal projects, and excluding another estimated $2 billion for other potential state and federal hatchery upgrades. Attached hereto as **Exhibit 16** is a true and accurate copy of email correspondence dated March 1, 2023 addressing the Tribal hatchery needs assessment. This follows an earlier estimate in 2021 by the Northwest Power Planning Council which identified $1 billion for potential repairs and upgrades to west coast salmon hatcheries. Attached hereto as **Exhibit 17** is a true and accurate copy of a letter dated October 11, 2021 from the Northwest Power Planning Council to Senator Maria Cantwell concerning funding for hatcheries.

DECLARATION OF SAMUEL D. RAUCH III - 7

16. This rationale, that NOAA Fisheries needed to reduce the number of eligible tribes for the grants to be effective, was present in an earlier document that NOAA Fisheries generated to brief Department of Commerce officials, dated January 31, 2024, a true and correct copy of which is attached here as **Exhibit 18**. In this briefing document it was noted that the Colville Tribes had asked to be considered but were not among the selected tribes "whose ability to use the funds for improving hatchery facilities will most directly impact tribal fishing." Exhibit 18, page 4.

17. As discussed in paragraph 9 above, NOAA Fisheries ultimately selected tribes whose hatcheries benefitted four geographically defined "significant tribal fisheries": the fisheries defined by the *U.S. v. Oregon* and *U.S. v. Washington* proceedings, the Klamath/Trinity fishery in California, and the Metlakatla fishery in Alaska. NOAA Fisheries summarized the hatchery production of Chinook salmon in a 2024 Programmatic Environmental Impact Statement: Expenditure of Funds to Increase Prey Availability for Southern Resident Killer Whales, a true and correct copy of which is attached as **Exhibit 19**. According to a discussion on page 16 of hatchery production of Chinook salmon in support of the *U.S. v. Oregon* and *U.S. v. Washington* fisheries, the region's output of hatchery Chinook juvenile salmon has averaged 157 million juvenile fish annually for the years 2008-2023.

[Intentionally Left Blank]

DECLARATION OF SAMUEL D. RAUCH III - 8

Executed on this 4th day of March, 2026.

Samuel D. Rauch III
Deputy Assistant Administrator for Regulatory Programs
National Marine Fisheries Service

*Digitally signed by RAUCH.SAMUEL.DEAN.1365850948*
*Date: 2026.03.04 18:05:06 -05'00'*

DECLARATION OF SAMUEL D. RAUCH III - 9

*Certificate of Service*

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Marty Raap | marty.raap.ORA@colvilletribes.com |
| Robbi Kesler | rkesler@chehalistribe.org |
| Thomas J. Peckham | tpeckham@nordhauslaw.com |

And to the following non CM/ECF participants:  N/A

*s/Joseph P. Derrig*
Assistant United States Attorney

DECLARATION OF SAMUEL D. RAUCH III - 10