**UNITED STATES DEPARTMENT OF COMMERCE**
**The Under Secretary of Commerce for Oceans and Atmosphere**
Washington, D.C. 20230

March 1, 2023

Dear Tribal Leader:

On August 16, 2022, President Biden signed the Inflation Reduction Act (IRA), the most significant investment towards building a climate-ready nation that Congress has ever made. The IRA builds on the foundational climate and clean energy actions already taken by the Biden-Harris Administration and the investments already secured in the Bipartisan Infrastructure Law (BIL), signed in November of 2021. NOAA views the IRA funding as an opportunity to expand on the investments made under BIL and continue its efforts to build a Climate-Ready Nation.

As the Under Secretary of Commerce for Oceans and Atmosphere and the NOAA Administrator, it is my priority to garner input from tribal leaders on the important opportunities and decisions that this funding provides. In accordance with Executive Order 13175, the January 26, 2021, Presidential Memorandum on Tribal Consultation and Strengthening Nation-to-Nation Relationships, and the November 30, 2022, Presidential Memorandum on Uniform Standards for Tribal Consultation, NOAA invites tribes to continue engaging in sustained dialogue about this funding. We will also keep tribal leaders informed as dates and deadlines for specific funding opportunities are determined.

The IRA provides $2.6 billion in funds to NOAA to invest in coastal communities and climate resilience. Specifically, IRA directs NOAA to further these purposes: "the conservation, restoration, and protection of coastal and marine habitats, resources, Pacific salmon and other marine fisheries, to enable coastal communities to prepare for extreme storms and other changing climate conditions, and for projects that support natural resources that sustain coastal and marine resource dependent communities, marine fishery and marine mammal stock assessments." (Section 40001). Tribal Governments are eligible recipients.

Although this request focuses on this specific provision in the law, we are open to verbal and written input on other NOAA programs under the IRA.

To accommodate numerous locations and honor recent requests from tribal governments to hold expedited consultation on this funding, we will initially hold two virtual consultation sessions for tribes scheduled by time zones. We encourage you to join the session identified for the time zone in which your tribal community is located, but feel free to join an alternate session.

THE ADMINISTRATOR

My colleagues and I look forward to speaking with you at one or more of the following sessions:

| Date | Time | Audience | Event Link |
|---|---|---|---|
| Wednesday March 8th | 10:30 a.m.-12:30 p.m. CT<br>11:30 a.m.-1:30 p.m. ET | Eastern and Central Time Zone Tribes | https://attendee.gotowebinar.com/register/1665785834321795678<br>*session will be recorded |
| Thursday March 9th | 11:30 a.m.-1:30 p.m. AK<br>12:30-2:30 p.m. PT<br>1:30-3:30 p.m. MT<br>3:30-5:30 p.m. ET | Pacific, Alaska, and Mountain Time Zone Tribes | https://attendee.gotowebinar.com/register/6109174005932079456<br>*session will be recorded |

We are excited to take this opportunity to hear your suggestions and receive your input on the design of programs to meet the purposes of this funding. To help facilitate our discussions, please find below a series of framing questions for the consultation:

- What are your top priorities in NOAA's implementation of this funding package?

- What role does your tribal government play, and what resources are necessary, in conserving, restoring, and protecting coastal and marine habitats, resources, Pacific salmon, and other marine fisheries?

- What role does your tribal government play, and what resources are necessary, in preparing for extreme storms and other changing climate conditions?

- What types of projects would you like to see to support natural resources that sustain coastal and marine-resource dependent communities, marine fishery and marine mammal stock assessments?

In addition to joining one of the engagement sessions listed above, you are welcome to submit written comments to infrastructure.tribal@noaa.gov by 11:59 p.m. ET on March 31, 2023.

I look forward to speaking with you. If you have any questions regarding this effort, please feel free to contact Makeda Okolo, Director, NOAA Office of Legislative & Intergovernmental Affairs, at 202-360-5649 or Makeda.okolo@noaa.gov.

Sincerely,

Dr. Richard W. Spinrad
Under Secretary of Commerce
for Oceans and Atmosphere
and NOAA Administrator

Exhibit 1, page 2