Todd Blanche
Deputy Attorney General of the United States
Joseph P. Derrig
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity,<br><br>Defendants. | Case No. 2:26-cv-00061-RLP<br><br>**DECLARATION OF KURT FREDENBERG** |

1. My name is Kurt Fredenberg. I am over the age of 18 years. I am competent to testify to these matters and am testifying based on my personal knowledge and knowledge gained through my employment with the Bureau of Indian

DECLARATION OF KURT FREDENBERG - 1

1  Affairs (BIA).  I declare under the penalty of perjury that the following is true and
2  correct:
3      2.    I have been employed with BIA's Northwest Regional Office since June
4  1998, and in my current capacity as Acting Regional Director since June 2025. In this
5  capacity I oversee a broad range of BIA's programs, including those to support Tribal
6  Pacific salmon and steelhead hatchery maintenance and modernization.
7      3.    Pursuant to the March 2024 Interagency Agreement between the National
8  Oceanic and Atmospheric Administration (NOAA) and BIA, the BIA Regional
9  Director sent eligible Tribes a request for proposal letter on May 10, 2024.  Attached
10 hereto as **Exhibit 20** is a true and correct copy of one of the May 10, 2024, "Request
11 for Proposal" letters.  This same "Request for Proposal" letter was sent to all 27
12 eligible Tribes.  The initial round of funding was distributed at various times starting
13 in August 2024 and is ongoing as of the date of this Declaration.  The 27 Tribes are
14 listed in Table 1 of the IAA Memorandum, **Exhibit 11**.
15     4.    The competitive application process was initiated by a "Dear Tribal
16 Leader" letter that was sent to eligible Tribes on November 18, 2025 and invited
17 eligible Tribes to submit applications "for projects that support a Tribe's explicit
18 federally reserved and/or adjudicated fishing right(s)." Attached hereto as **Exhibit 21**
19 is a true and correct copy of one of the November 18, 2025 "Dear Tribal Leader"
20 letters.  This same letter was distributed to all 27 eligible Tribes.
21

DECLARATION OF KURT FREDENBERG - 2

5.  The November 18, 2025, letter noted that all applications should be submitted to the BIA by December 18, 2025, and included a "application guidance document." The guidance document provided the criteria and the timing of the funding awards, which noted that successful applicants should expect award notifications in February 2026. The timing of the award was selected in order to facilitate construction start dates in June 2026 to maximize the summer 2026 construction season. Construction awards under the Indian Self-Determination and Education Assistance Act is time-consuming as BIA and the Tribe that are awarded funds must amend and negotiate existing contracts and compacts. Additionally, critical "in-water projects" have a limited work window and if projects are not initiated within that window, an entire construction season will be lost. Timing of the awards was also dictated by the language in the Inflation Reduction Act itself. Section 40001 of the Inflation Reduction Act provides that the funds made available to NOAA would only remain available until September 30, 2026. Out of an abundance of caution, BIA wants to ensure that all available funds are obligated to eligible Tribes before September 30, 2026.

Executed on this 4th day of March 2026.

KURT FREDENBERG
Digitally signed by KURT FREDENBERG
Date: 2026.03.04 14:27:29 -08'00'

Kurt Fredenberg
Acting Northwest Regional Director
Bureau of Indian Affairs

DECLARATION OF KURT FREDENBERG - 3

*Certificate of Service*

I hereby certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Marty Raap | marty.raap.ORA@colvilletribes.com |
| Robbi Kesler | rkesler@chehalistribe.org |
| Thomas J. Peckham | tpeckham@nordhauslaw.com |

And to the following non CM/ECF participants:  N/A

*s/Joseph P. Derrig*
Assistant United States Attorney

DECLARATION OF KURT FREDENBERG - 4