

# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS
Northwest Regional Office
911 Northeast 11th Avenue
Portland, Oregon 97232

May 10, 2024

**IN REPLY REFER TO:**
NATURAL RESOURCES
HATCHERY IRA FUNDS

The Honorable Darlene Hollum
Hoh Indian Tribe
Post Office Box 2196
Forks, Washington 98331-2196

Dear Chairwoman Hollum:

Congratulations! The Hoh Indian Tribe has been afforded an opportunity to access up to $2,000,000 non-competitively for maintenance and modernization of hatchery facilities that produce Pacific salmon and steelhead in support of the tribe's fishing rights. In addition, you will be able to apply for further funding through a competitive solicitation later this year. The National Marine Fisheries Service (NMFS) has transferred $240,000,000 of Inflation Reduction Act (IRA) funds to the Bureau of Indian Affairs (BIA), for BIA to facilitate on their behalf a noncompetitive and competitive allocation for select tribes, and to award, disburse, and provide oversight of funds to the extent allowed through existing BIA contracts and compacts governed-under the Indian Self-Determination and Education Assistance Act (ISDEAA).

The BIA will distribute non-competitively **up to $2,000,000 per Tribe** for Pacific salmon and steelhead hatchery facility maintenance and modernization projects, and capacity building needs. **No more than $500,000 may be used for capacity building.** Capacity building refers to the following:

- Project planning, project proposal development, and permitting
- Salaries and benefits for hatchery staff or cost of consultants needed to scope, analyze, and write proposals and implement projects
- Travel expenses, staff time, and support for preparing applications for the competitive process
- Preparing and submitting required financial or program reports
- Training for tribal and hatchery staff

Funds not utilized for capacity building may be allocated to maintenance and modernization projects at hatchery facilities that will benefit tribal fisheries, regardless of ownership, including, but not limited to, pre-planning, design, and pre-construction activities. Non-competitive funding may not be used for land acquisition or new construction.

To access up to $2,000,000, the Tribe will need to submit the following:
- a project description/statement of work
- a project budget
- a tribal resolution supporting the project

**Please refer to the attached Hatchery Funding Enclosure when developing the project description, statement of work and budget.** Proposals will be accepted on a rolling basis. However, all proposals should be submitted to ashton.harp@bia.gov no later than <u>**Monday July 1, 2024**</u>. Contract Support Costs are not available for these one-time funding awards. Indirect costs may be included in a project budget.

Additional details on the process for a competitive allocation are forthcoming, and you will be notified once they are available.

If you have any questions, please contact Ashton Harp, Fisheries Biologist, at ashton.harp@bia.gov or (971) 378-2302.

Sincerely,

Bryan K. Mercier, Regional Director
Bryan K. Mercier,
Northwest Regional Director

Enclosures

Exhibit 20, page 2

**2024 BIA/NOAA Hatchery Facility Maintenance and Modernization**
**Example Statement of Work**

PROJECT TITLE:

1.0    Executive Summary

2.0    Project design and implementation feasibility

    2.1    Geographic location

    2.2    Overview of existing facility

    2.3    Description of proposed work

    2.4    Description of planning strategy: objectives, milestones/timeline, deliverables

        Objective 1:

        Objective 1: Deliverables

        Objective 2:

        Objective 2: Deliverables

        Objective 3:

        Objective 3: Deliverables

2.5    Project outcomes and benefits

FIGURES AND TABLES

[insert pictures, figures, etc.]

**2024 BIA/NOAA Hatchery Facility Maintenance and Modernization Example Budget Narrative**

## HATCHERY MAINTENANCE AND MODERNIZATION TOTAL: $

**Tribal Administrator:** Description of duties
Rate of pay/hour x how many hours/day x how many days/week x 52 weeks/year
**TOTAL: $**

**Administrative Assistant:** Description of duties
Rate of pay/hour x how many hours/day x how many days/week x 52 weeks/year
**TOTAL: $**

**Bookkeeper:** Description of duties
Rate of pay/hour x how many hours/day x how many days/week x 52 weeks/year
**TOTAL: $**

**Hatchery Manager:** Description of duties
Rate of pay/hour x how many hours/day x how many days/week x 52 weeks/year
**TOTAL: $**

**Fringe:** Descriptions of what the benefits cover such as, Social Security, Medicare, and Workman's Compensation at 16%.
Position Name (ex: Tribal Administrator):  Total from above x 16% =
Position Name (ex: Admin Assistant):  Total from above x 16% =
Position Name (ex: Bookkeeper):  Total from above x 16% =
Position Name (ex: Hatchery Manager): Total from above x 16% =
**FRINGE TOTAL: $**

**Travel/Per Diem:** Airfare, hotel, and meals/incidentals
Round Trip Airfare: Number of people x cost per ticket =
Per Diem: Number of people x daily per diem rate x days of per diem =
Hotel: Number of people x daily per hotel fee x nights =
**TRAVEL/PER DIEM TOTAL: $**

**Supplies:** Office supplies that include paper, toner, pens, staples, envelopes, postage etc.
**SUPPLIES TOTAL: $**

**Equipment:**
**EQUIPMENT TOTAL: $**

**Utilities:** Fuel oil, electricity, internet, water/sewer.  How much per month x 12 months
**UTILITIES TOTAL: $**

**Capacity Building:** Identify capacity building activities, this can be in a separate table
**CAPACITY BUILDING TOTAL: $** *Total must be less than $500,000*

**Hatchery Project:** Identify hatchery maintenance and modernization projects, this can be in a separate table. If applicable, include the contractor quote for work to be completed.
**HATCHERY PROJECT TOTAL: $**

**TOTAL FUNDS REQUESTED:**

| Tribe/Tribal Organization | | | | |
|---|---|---|---|---|
| Contract Number: AxxAV00xxx | | | | |
| Fiscal Year: 202x | | | | |
| MOD | | | | |
| | | | | $ - |
| | Program | Program | Program | Totals |
| **SALARIES** | | | | |
| Tribal Administrator | | | | $ - |
| Administrative Assistant | | | | $ - |
| Program Manager | | | | $ - |
| Bookkeeper | | | | $ - |
| Hatchery Manager | | | | $ - |
| | | | | $ - |
| **OFFICE EXPENSES** | | | | |
| Fringe | | | | $ - |
| Travel/PerDiem | | | | $ - |
| Training | | | | $ - |
| Utilities | | | | $ - |
| Supplies | | | | $ - |
| Instructor Fees | | | | $ - |
| Professional Services | | | | $ - |
| Single Audit Preparation | | | | $ - |
| Equipment | | | | $ - |
| **PASS-THROUGH EXPENSES** | | | | |
| Professional Services | | | | $ - |
| Single Audit Preparation | | | | $ - |
| Equipment | | | | $ - |
| **Subtotal** | 0 | 0 | 0 | $ - |
| | | | | |
| **To Be Budgeted** | 0 | 0 | 0 | $ - |
| | | | | |
| **Total Program Budgets:** | $ - | $ - | $ - | $ - |

_____    _____
NAME, Title                                      DATE

_____    _____
NAME, Awarding Official                    DATE

Exhibit 20, page 6