

# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS
Northwest Regional Office
911 Northeast 11th Avenue
Portland, Oregon 97232

November 18, 2025

**IN REPLY REFER TO:**
REGIONAL DIRECTOR

Dear Tribal Leader:

The Bureau of Indian Affairs (BIA) is announcing the re-opening of a competitive funding opportunity for the maintenance and modernization of hatchery facilities (tribal, state and/or federal) that produce Pacific salmon and steelhead. BIA seeks applications from eligible Tribes for projects that support a Tribe's explicit federally reserved and/or adjudicated fishing right.

Along the west coast this initiative will benefit the vibrant fishing sectors (subsistence, Indian, commercial and recreational), which often rely on salmon and steelhead hatchery production. Through strategic investments in upgrades to aging facilities, incorporation of innovative technologies, and enhancement of biosecurity measures, this one-time funding allows hatcheries to optimize fish health, streamline production and increase survival rates.

This funding opportunity is the result of an interagency agreement between BIA and the National Oceanic and Atmospheric Administration, which transferred $240 million to the BIA to distribute through Indian Self-Determination and Education Assistance Act contracts and compacts. The BIA anticipates approximately $184 million in funding will be available through this initiative.

Please refer to the enclosed application guidance document when putting together your proposal. All applications should be submitted by email to ashton.harp@bia.gov by **Thursday, December 18, 2025**. As applications come in there will be an administrative review. After the closing date the eligible applications will undergo a technical review and ranking process to determine how well they meet the priorities and evaluation criteria.

If you have questions, please reach out to Ashton Harp, Fisheries Biologist at 971-378-2302 or ashton.harp@bia.gov.

Sincerely,

RUDY PEONE
Digitally signed by RUDY PEONE
Date: 2025.11.18 09:32:34 -08'00'

Kurt Fredenberg
Acting Northwest Regional Director
Bureau of Indian Affairs

Enclosure

Exhibit 21, page 1

# PACIFIC SALMON AND STEELHEAD HATCHERY MAINTENANCE AND MODERNIZATION

1) Description ........................................................................................................................ 2
   a) Objective ..................................................................................................................... 2
   b) Priorities ...................................................................................................................... 3
   c) Authority ..................................................................................................................... 3
2) Award Information ............................................................................................................ 4
   a) Funding Availability .................................................................................................... 4
   b) Project Award Period ................................................................................................. 4
   c) Type of Funding Instrument ....................................................................................... 4
3) Eligibility Information ........................................................................................................ 4
   a) Eligible Applicants ....................................................................................................... 4
   b) Cost Sharing or Matching Requirement .................................................................... 5
4) Application and Submission Information ......................................................................... 5
   a) Requesting Application Package Assistance ............................................................. 5
   b) Content and Form of Application .............................................................................. 5
   c) Unique Entity Identifier and System for Award Management (SAM) ................... 10
   d) Submission Dates and Times .................................................................................... 10
   e) Funding Restrictions .................................................................................................. 10
   f) Other Submission Requirements ............................................................................. 10
5) Application Review Information ..................................................................................... 10
   a) Evaluation Criteria For Merit Review ....................................................................... 10
   b) Review and Selection Process .................................................................................. 12
   c) Anticipated Announcement and Award Dates ....................................................... 13
6) Award Administration Information ................................................................................ 13
   a) Award Notices ........................................................................................................... 13
   b) Administrative and National Policy Requirements ................................................ 14
   c) Reporting ................................................................................................................... 14
7) Agency Contacts ............................................................................................................... 15
8) Other Information ........................................................................................................... 15
   a) Permits and Approvals .............................................................................................. 15
   b) Writing a Competitive Proposal ............................................................................... 15
   c) Highlighting Events ................................................................................................... 17
9) Definitions ........................................................................................................................ 17

## 1) DESCRIPTION

### A) OBJECTIVE

The Bureau of Indian Affairs (BIA), in coordination with NOAA Fisheries (NMFS), is pleased to re-announce the availability of funds for Pacific salmon and steelhead hatchery maintenance and modernization. This is a unique and one-time merit-based competitive opportunity that ensures the long-term viability and effectiveness of critical infrastructure for the propagation and reintroduction of Pacific salmon and steelhead in support of tribal fisheries. Under this opportunity, BIA seeks applications for projects from eligible Tribes to support existing fish hatchery facilities that support Pacific salmon and steelhead.

This one-time funding aims to:
- Improve the efficiency and effectiveness of fish hatcheries in rearing healthy Pacific salmon and steelhead, and
- Modernize hatchery infrastructure , and
- Support tribal co-management of Pacific salmon and steelhead resources, ensuring the health of these culturally and economically vital species for future generations.

Hatcheries play a critical role in safeguarding Pacific salmon and steelhead populations. Through strategic investments in upgrades to aging facilities, incorporation of innovative technologies, and enhancement of biosecurity measures, this one-time funding allows hatcheries to optimize fish health and increase survival rates.

Pacific salmon and steelhead are culturally and economically significant species for many Tribes throughout the Pacific Northwest. These fish sustain tribal communities, hold cultural significance, and are deeply woven into tribal traditions and beliefs. This opportunity fosters self-determination by focusing on hatcheries that support federally reserved and/or adjudicated fishing rights for Tribes.

***Applicants who submitted proposals in April 2025 will need to take additional actions,*** *including reading this entire Notice of Funding Opportunity (NOFO). If an applicant would like their April 2025 application to be re-considered, please submit a memorandum naming the application, certifying you have read the 'Pre-Application Requirements' and stating there are no changes to the proposal that was initially submitted – in this example you do not need to re-submit the full application. If you applied in April 2025 and would like to submit new or revised materials, then all documents will need to be re-submitted. If you have not previously submitted an application for this NOFO then follow the instructions below.*

To apply, submit your application following the guidelines in section 4.B. If submitting more than one application for a single hatchery facility, rank the applications in order of priority. Do not submit an application covering more than one hatchery facility. Within an application, the proposal may

include multiple projects for a single hatchery facility. It is recommended to combine related maintenance and modernization tasks (and all phases of a project) into one proposal, so long as the total funding requested for each proposal does not exceed the maximum funding limitation in section 3.C.

The types of projects BIA expects to fund includes:

- Repair and upgrade of hatchery infrastructure such as water intake systems, rearing ponds, and incubation facilities.
- Improvements to hatchery operations that enhance fish health and survival such as biosecurity measures and disease prevention programs.
- Acquisition of equipment and technology to modernize hatchery operations such as automated feeding systems and monitoring equipment.

Certified Local Governments are encouraged to prioritize projects in support of the celebration of America's 250th birthday (American250). This may include, but is not limited to, preservation, planning, interpretation, public engagement, and rehabilitation projects that recognize and honor the nation's founding, history, and cultural heritage.

## B) PRIORITIES

Proposals will be evaluated based on the criteria in Section 5.A. Successful proposals will address some or all the following priorities:

1) **Supporting Tribal Fishing Rights** - Supporting best management practices in hatcheries that raise stocks in areas where Tribes have federal adjudicated or treaty-reserved rights.
2) **Sustainability** - Ensuring hatchery infrastructure is maintained and functions effectively for future generations.
3) **Modernization through Innovative Technologies** - Effectively implement cutting-edge technology and innovation to optimize operations and data collection for informed decision-making.
4) **Infrastructure Upgrades for Improved Efficiency** - Streamlining operations, promoting water conservation, and optimizing productivity within hatcheries.

## C) AUTHORITY

This funding is authorized by Pub. L. 117-169 (August 16, 2022), and available via an Interagency Agreement between NMFS and BIA.

## 2) AWARD INFORMATION

### A) FUNDING AVAILABILITY

BIA anticipates approximately $184 million in funding will be available under this notice. The amount of funds available for competitive awards may increase or decrease based on the availability of funding appropriated to NMFS and provided to BIA via an Interagency Agreement. BIA will not accept proposals less than $250,000 or greater than $6,000,000.

BIA is not responsible for direct costs of application preparation. Publication of this notice does not oblige BIA to award any specific project or to obligate any available funds. The number of awards made as a result of this notice is estimated between 30 and 60. The actual number of awards will depend on the number of eligible applications received, the amount of funds requested, and the ranking and selection of the applications as described in Section 5.

### B) PROJECT AWARD PERIOD

This funding will be awarded to projects to be conducted for up to a 5-year period, with an anticipated start date occurring no later than June 1, 2026. No project should have a period of performance that extends past September 30, 2031.

### C) TYPE OF FUNDING INSTRUMENT

Awards will be funded via a self-governance compact, or self-determination contract as described by the Indian Self-Determination and Education and Assistance Act (ISDEAA), meaning that BIA will not be substantially involved in carrying out the activities contemplated by the award.

## 3) ELIGIBILITY INFORMATION

### A) ELIGIBLE APPLICANTS

Only the following federally recognized Tribes are eligible to apply for an award:

- Lummi Nation
- Stillaguamish Tribe
- Tulalip Tribes of Washington
- Suquamish Tribe
- Squaxin Island Tribe
- Puyallup Tribe of Indians
- Nisqually Indian Tribe
- Makah Tribe
- Quileute Indian Tribe
- Quinault Indian Nation
- Nooksack Tribe
- Port Gamble S'Klallam
- Jamestown S'Klallam Tribe
- Sauk-Suiattle Indian Tribe
- Lower Elwha Klallam Tribe
- Upper Skagit Indian Tribe
- Skokomish Indian Tribe
- Hoh Indian Tribe

- Swinomish Indian Tribal Community
- Hoopa Valley Tribe
- Yurok Tribe
- Metlakatla Indian Community
- Muckleshoot Indian Tribe
- Confederated Tribes of Warm Springs
- Yakama Nation
- Nez Perce Tribe
- Confederated Tribes of the Umatilla Indian Reservation

### B) COST SHARING OR MATCHING REQUIREMENT

Cost sharing and matching are voluntary and not required to receive funds under this opportunity. BIA encourages applicants to seek funds from other sources to enhance the quality and scope of projects.

To the extent that other federal programs require matching funds from Tribes, and the project is identified in an existing plan, award amounts received through this opportunity via ISDEAA can be used as a federal match.

## 4) APPLICATION AND SUBMISSION INFORMATION

### A) REQUESTING APPLICATION PACKAGE ASSISTANCE

Information regarding application package requirements is shown in Section 4.B. For questions or assistance with application materials, please contact BIA through the contacts listed in Section 7.

### B) CONTENT AND FORM OF APPLICATION

#### PRE-APPLICATION REQUIREMENTS

Prior to applying, applicants should review presidential actions found at: https://www.whitehouse.gov/presidential-actions/ and DOI Secretary's Orders found at: https://www.doi.gov/document-library/secretary-order. By applying in response to this NOFO, the applicant certifies awareness and compliance with all currently effective and applicable executive orders and secretary's orders, including but not limited to the Executive Order titled Ending Radical and Wasteful Government DEI Programs and Preferencing as well as the Executive Order and Secretary's order titled Restoring Truth and Sanity to American History. Applicants are responsible for ensuring their proposed activities are consistent with the intent and requirements of these directives.

APPLICATION REQUIREMENTS

A complete application package is comprised of the following five components:
1) Cover Page
2) Detailed Hatchery Facility Description
3) Tribal Resolution or Cover Letter
4) Project(s) Proposal
5) Detailed Budget and Budget Narrative

Each component should be submitted digitally in a format compatible with Microsoft Word, Adobe Acrobat (PDF), or Microsoft Excel with pages composed in at least 11-point font with 1-inch margins. Please use descriptive file names to ensure the BIA quickly locates specific components of the application. You are encouraged to review Section 8.B. Writing a Competitive Proposal.

The application should address the evaluation criteria in Section 5.A to receive a consistent review against competing applications. Consideration will only be given to material that is physically included in an application. Information provided via an internet link will not be considered nor will it influence the application evaluation. Content requirements are described in further detail below.

**CONTENT REQUIREMENT 1: COVER PAGE**

Include the following information in the cover page:
1) **Applicant Name -** The full name of the proposing Tribe
2) **Unique Entity Identifier -** The official identifier for doing business with the U.S. Government, and provided when registering with the System for Award Management (SAM) at SAM.gov
3) **Title -** A succinct but descriptive project title that will distinguish it from other proposals and indicate project purpose (400 character limit, including spaces). Please do not call your project "Hatchery Maintenance" or "Maintenance and Modernization Proposal".
4) **Summary Description -** A concise summary to be made public if awarded. The summary should focus on what the project will accomplish including the benefits and impacts and should be two sentences long in most cases. The first sentence should clearly state the main activity being used to address the specific need and the hatchery name. The second sentence should state the expected outcome from the investment and relevance to hatchery modernization. The summary should use clear, straightforward language that can be easily understood by a diverse audience. Please refrain from using pronouns such as I, we, our, etc. (1,000 character limit, including spaces)
5) **Abstract -** Should be three to four sentences and derived from the Summary Description. Provide a more detailed description of your project including location, purpose, major activities, target species, outcomes (deliverables at the end of the project) and partners. Please refrain from using pronouns such as I, we, our, etc. (2,000 character limit, including spaces)

6) **Requested amount** - The total amount of funding requested in the proposal, not including any amounts requested for sources outside of this opportunity. Contract Support Costs are not available to be added on top of these one-time funding awards. Indirect costs may be included within a project budget. Note: Applications requesting less than the minimum or more than the maximum amount stated in section 2.A will not be considered for review.
7) **Point of Contact -** Provide the name, title, office address, phone, and e-mail address for the point of contact responsible for the application.
8) **Project Ranking (if applicable) -** If you are submitting multiple project proposals for the same fish hatchery, please rank them. 1 would be the highest priority, with lesser priority projects numbered sequentially (2, 3, 4, etc.).

**CONTENT REQUIREMENT 2: HATCHERY FACILITY DETAILS**

Provide the following information describing the hatchery facility in detail:
1) **Hatchery facility name –** Name commonly used to refer to the hatchery.
2) **Owner(s) of the hatchery facility –** The legal owner(s) of the hatchery facility along with a description (tribal, federal government, state government, etc.).
3) **Ownership status of the land on which the hatchery is situated –** The legal owner of the land, such as tribal, federal, state, private, etc.
   a. **If hatchery is on tribal land, describe tribal land status –** Identify if it is trust, allotment or fee land.
4) **Hatchery operator -** The name(s) of the hatchery operator(s) and describe the entity(s) such as tribal, federal, state, commercial, etc.
5) **Hatchery manager –** The contact information for the hatchery manager to include name, title, office address, phone, and e-mail address.
6) **Hatchery location –** The address, city, state, and zip code.
7) **Water source –** Describe the water source for the hatchery (ground, surface, etc.).
8) **Year(s) of construction –** The year(s) in which the existing facility was built.
9) **Funding sources(s) for hatchery construction –** The name of the entity that funded initial construction.
10) **Estimated total investment in total hatchery facilities and equipment**
11) **Current operating funding source(s)**
12) **Current estimate of deferred maintenance**
13) **Benefiting Tribes –** A list of Tribes whose members derive benefits from hatchery production.
14) **Benefiting population –** A description of non-tribal entities that derive benefits from hatchery production.
15) **Estimated tribal economy value -** The estimated value of hatchery fish to the tribal economy. Provide the calendar year or period for which the value is being provided.

16) **Estimated hatchery output value -** The estimated value of hatchery fish output (i.e. number released). Provide the calendar year or period for which the value is being provided.
17) **Hatchery output limitation -** The estimated maximum hatchery capacity limitation.
18) **Species of fish produced –** A listing of the current fish species being produced at the facility.
19) **Purpose of the hatchery program(s) –** Describe all purposes of the hatchery, such as recovery, subsistence, sport fishing, etc.
20) **Annual estimated target production –** The target output (i.e. number released) by species and size class for the current calendar year.
21) **Location where fish are released –** The name of the river, stream, etc. and transportation method for getting the fish there.
22) **Number of employees –** The current number of staff employed by the hatchery program, provided by volunteer, seasonal, part-time, and full-time.

**CONTENT REQUIREMENT 3: TRIBAL RESOLUTION OR COVER LETTER WITH SIGNATURE**

Tribal resolutions are required to enter into ISDEAA contracts if the proposal is selected for award. Signed Tribal resolutions must summarize interest and intent. Self-governance (compact) Tribes should submit a cover letter summarizing interest and leadership support with the application but do not need to submit a resolution.  Resolutions will be required from all participating Tribes for joint proposals.

**CONTENT REQUIREMENT 4: PROPOSAL DESCRIBING THE PROPOSED PROJECT(S)**

Your proposal shall be clear and concise and should not exceed ten (10) pages in length. Pages exceeding the 10-page limit will not be taken into consideration when reviewing the application. Tribal resolutions, cover letters, budget tables, budget narratives, and the hatchery facility details are part of the application but not subject to the proposal length limit. Supplemental materials such as letters of support, charts, graphs, maps, photographs, graphics, planning documents, and other relevant information may be included in an appendix and do not count against the ten-page project proposal limit.

The proposal should be a descriptive document. If proposing more than one project within the application, project descriptions must describe the anticipated outcomes for each project. You are encouraged to review Section 8.B Writing a Competitive Proposal.

**Your proposal must describe:**
1. Reasoning for the proposed work, describing what infrastructure limitations or requirements the project is intended to address (e.g., water quality, water quantity, rearing and incubation capacity, regulatory requirements, etc.) along with anticipated timelines.
2. Anticipated measurable outcomes, benefits, impacts, and those who are expected to benefit.
3. Evidence to support the feasibility of the proposed project and address whether the project is technically sound and safe.
4. Proposed project timeline, including commencement, major milestones, and completion.
5. Any portion of the project that has already commenced, the existing efforts and status to date.
a. If detailed project plans are already completed, you should disclose such and attach project planning documents as an appendix.
6. The status of project permitting and anticipated permitting requirements.
7. How design and construction will be managed (e.g., contracted engineer/project manager, in-house employee(s), etc.).
8. Any other hatchery infrastructure funding dedicated to the project.
9. If the project is dependent on any other funding sources or entities for the completion of the project.
10. Future management, beyond the award period, including mechanisms to protect, maintain, or sustain the proposed project(s).

**CONTENT REQUIREMENT 5: A DETAILED BUDGET TABLE AND BUDGET NARRATIVE**

Budgets should identify funds requested for the work, including identification of the hatchery programs, functions, services, or activities specified in the proposal. You should:
1) Attach the budget table in a spreadsheet as a separate attachment.
2) Ensure the requested amount indicated accurately reflects the requested amount summarized in the budget table and is at or below the maximum allowable award. Note:

Total amounts should only include those requested from this opportunity and should not include tribal match, in-kind, or leveraged funds from other agencies or organizations.

### C) UNIQUE ENTITY IDENTIFIER AND SYSTEM FOR AWARD MANAGEMENT (SAM)

You should be registered in the federal System for Award Management (SAM) before applying. Your valid unique entity identifier should be supplied on your application, and you should always maintain an active SAM registration with current information during which you have an active federal award or an application under consideration by a federal awarding agency. BIA may not make an award to an applicant until the applicant has complied with all applicable unique entity identifier and SAM requirements and, if an applicant has not fully complied with the requirements by the time BIA is ready to make an award, BIA may determine that the applicant is not qualified to receive a federal award and use that determination as a basis for declining to make an award. You should allow a minimum of two weeks to complete the SAM registration which is required only once but must be periodically renewed.

### D) SUBMISSION DATES AND TIMES

The application deadline is December 18, 2025, at 11:59 PM Pacific time. Applications must be submitted by the deadline and late applications will not be accepted or considered.

### E) FUNDING RESTRICTIONS

This funding is part of a multi-faceted approach to conserve Pacific salmon and steelhead and focuses on fish hatchery facilities. Other activities such as those that directly protect, restore, or conserve habitats are not covered under this opportunity. Additionally, this funding may not be used towards construction of a brand new (not previously existing) facility, or for land acquisitions.

### F) OTHER SUBMISSION REQUIREMENTS

Your complete application package should be submitted via email to ashton.harp@bia.gov no later than the due date specified in section 4.d. Attached files should be labeled clearly, saved without passwords, and each email must be less than 25 megabytes in size. Files larger than 25 megabytes can be split into smaller sizes and transmitted via multiple emails. After email submission of the application, you will receive an acknowledgment of receipt.

## 5) APPLICATION REVIEW INFORMATION

### A) EVALUATION CRITERIA FOR MERIT REVIEW

Reviewers will assign scores to applications ranging from 0-100 points based on the following evaluation criteria.

| Category | Points | Criteria |
|---|---|---|
| Relevance to Objectives and Priorities | 25 | • Proposal clearly demonstrates a strong connection to the stated objectives in section 1.A.<br>• Project directly supports priorities in section 1.B.<br>• Proposal outlines how the project will benefit the cultural and economic well-being of the Tribe. |
| Strength of Project Design and Methodology | 20 | • Proposal clearly outlines a well-defined project with specific, measurable activities and goals.<br>• The expected outcomes of the facility investments show a strong cost to benefit ratio.<br>• Methodology is sound, logical, and directly addresses the proposed activities.<br>• The proposal clearly identifies the maintenance and modernization needs of the facility, and directly addresses those needs. |
| Feasibility of Project Completion and Continuation | 20 | • Proposal demonstrates a clear understanding of potential challenges and potential mitigation strategies.<br>• Project timeline is realistic and achievable.<br>• Project integrates sustainable practices to hatchery operations that provide ongoing benefits that extend beyond the initial investment period (such as task automation, using long-lasting low maintenance materials, or investing in systems that reduce or optimize energy use). |
| Project Readiness | 20 | • For larger projects, evidence of a feasibility study or preliminary assessment demonstrates project viability.<br>   o For smaller or routine projects, the nature of the project lends to general readiness and availability of workforce to perform such activities.<br>• Projects involving collaboration with other organizations clearly outline the roles and responsibilities of each party.<br>• Projects clearly indicate if permitting is already in place or if future permits are necessary in order for project to begin. |
| Budget Justification and Cost Effectiveness | 10 | • Budget is realistic and justifies proposed costs.<br>• Budget breakdown is clear and detailed.<br>• Proposal explores cost-saving measures or alternative funding sources. |
| Tribal Co-management Involvement | 5 | • Proposal clearly outlines how Tribes will be involved in all stages of project planning, implementation, and evaluation.<br>• Project promotes collaboration with other stakeholders. |

Scoring will then be applied a weighted multiplier based on hatchery ownership and operation status as follows:

| Owner and Operator Status | Weighted Multiplier |
|---|---|
| Projects at Tribally owned and operated facilities | 1.2 |
| Projects at Tribally operated or co-managed facilities | 1.1 |
| Projects at state, federal, or public utility owned or operated facilities that support federally reserved or adjudicated fishing rights | 1 |

B) REVIEW AND SELECTION PROCESS

INITIAL REVIEW

Prior to conducting the comprehensive merit review, an initial review will be performed to determine whether: (1) the applicant is eligible for an award; (2) the information required by the NOFO has been submitted; (3) all mandatory requirements of the NOFO are satisfied; (4) the proposed project is responsive to the program objectives of the NOFO (program determination); and (5) the proposed project is in compliance with all applicable executive and secretary orders, including the President's executive order on Ending Radical and Wasteful Government DEI Programs and Preferencing as well as the executive order and Secretary order on Restoring Truth and Sanity to American History. If an applicant fails to meet the requirements or objectives of the NOFO, or does not provide sufficient information for review, the applicant will be considered nonresponsive and eliminated from further review.

TECHNICAL REVIEW BY PANEL

Applications that satisfy the administrative review will advance for a technical review. Eligible applications will undergo a technical review and ranking process to determine how well they meet the priorities and evaluation criteria of this opportunity. Eligible applications will be independently evaluated by three or more technical reviewers based on the evaluation criteria listed in Section 5.A. The reviewers' ratings will be averaged to determine the final technical score for each application and produce a rank order of the proposals. Technical reviewers will be required to certify that they do not have a conflict of interest and that they will maintain confidentiality of the applications.

FINAL SELECTION

After the proposals have been evaluated and ranked, the BIA Northwest Regional Director will perform the final selection. The Regional Director will review the rank order, funding recommendations and comments from the Technical Review and determine the applications to be funded. In making the final selections, the Regional Director will recommend awarding in rank order

unless the proposal is justified to be selected out of rank order based upon one of the selection factors below:
1. Availability of funding
2. Objectives and priorities identified in Sections 1.A. and 1.B.
3. The distribution of awards by:
   a. Benefiting Tribe(s)
   b. Geographical location
   c. Type of facility
   d. Type of Project
   e. Fish species affected
4. Applicant's prior award performance

### C) ANTICIPATED ANNOUNCEMENT AND AWARD DATES

Successful applicants will be notified by email and letter through the U.S. mail. Notifications of selection are expected to begin in February 2026.

## 6) AWARD ADMINISTRATION INFORMATION

### A) AWARD NOTICES

Upon completion of the review and selection process, successful applicants will receive notification from a BIA representative. This notification is not an authorization to begin project operations and is not a guarantee of funding.

After selection notification, you will be expected to prepare and submit all documentation required per ISDEAA within 90 days. The official award document, signed by a BIA or Office of Self Governance (OSG) Awarding Official and the designated tribal official, is the authorizing document that allows a project to begin. Projects should not be initiated in expectation of federal funding. Unsuccessful applicants will be notified that their proposal was not recommended for funding or was not reviewed because it did not meet the minimum requirements described in section 4.B.

Applicants may be asked to modify proposal components, objectives, work plans, or budgets prior to final selection to address technical review or panel review comments, and to conform to priorities (as stated in Section 1.B) or requirements. The exact amount of funds to be awarded, the final scope of activities, the project duration, and specific requirements of each project will be determined through negotiations with BIA regional Self-Determination or OSG staff as part of the awarding process. Award documents may contain special award conditions for activities outlined within the proposal.

### B) ADMINISTRATIVE AND NATIONAL POLICY REQUIREMENTS

The recipient and any sub-recipients, in addition to the assurances made as part of the application, must comply and require each of its contractors and subcontractors employed in the completion of the project to comply with all applicable statutes, regulations, Executive Orders, etc.

### C) REPORTING

You will be required to submit financial and performance (technical) reports. Financial and performance reports are to be submitted electronically via email. All financial reports should be submitted directly to the Awarding Official's Technical Representative (AOTR) identified at the time of award.

Reporting requirements will be determined by the Awarding Official and AOTR with input from you. Reporting dates will be established by the AOTR and written into the agreement once the award has been made but will coincide with the federal fiscal year calendar.

You will be required to provide the following information in a written report and send it to the BIA's technical contact(s) by November 30th of each year until the project is completed. This information will be collated and sent to NOAA per the terms of the Interagency Agreement.

- Status of the project
- Description of expenses rendered to date and remaining budget
- Description of accomplishments achieved to date
- Any modifications made to the awarded proposal
- Expected completion date for each project

You will deliver all products and data generated under the project to BIA's technical contact(s) within 120 days of project completion or award expiration as required by the signed agreement. You may withhold sensitive information (e.g., proprietary tribal data) that may be redacted at the tribal government's discretion. Information in the possession of the BIA or submitted to the BIA throughout the process, including final work product, constitute government records and may be subject to the disclosure to third parties under the Freedom of Information Act (FOIA), 5 U.S.C. 552, and the Department of the Interior's FOIA regulations at 43 CFR part 2, unless a FOIA exemption or exception applies or other provisions of law protect the information. The final report shall serve as an overall evaluation of your success in achieving the goals and objectives of the approved project, specifically describing the work that was performed and its resulting benefit to Pacific salmon and steelhead as described in the proposal. The level of detail should allow for BIA's assessment of the overall success of the project.

## 7) AGENCY CONTACTS

If you have questions, please contact the following individual:

| **Ashton Harp** |
| --- |
| Fisheries Biologist, BIA Northwest Region |
| Ashton.Harp@bia.gov |
| 971-378-2302 |

## 8) OTHER INFORMATION

### A) PERMITS AND APPROVALS

You are required to obtain any necessary permits on projects funded under this announcement. This includes, but is not limited to, any necessary permits or consultations required under the Endangered Species Act (ESA), Magnuson-Stevens Fishery Conservation and Management Act, Marine Mammal Protection Act, the National Historic Preservation Act, as well as compliance with the National Environmental Policy Act (NEPA).

### B) WRITING A COMPETITIVE PROPOSAL

BIA believes in supporting projects that are transparent, accountable, and demonstrate measurable impact. We strongly encourage you to incorporate data, performance, and storytelling elements into your proposal. This information helps BIA understand the need, potential impact, and effectiveness of your project, as well as providing BIA the ability to demonstrate unmet tribal needs when justifying any potential future funding opportunities. Incorporating these elements increases your chances of receiving an award and provides you with a roadmap to execute your project, ultimately resulting in a more successful project.

**Data:**

- **Quantify the problem:** Use relevant data and statistics to clearly define the issue your project addresses and the community that is impacted. Use available statistics, reports, research findings, or local data to illustrate the need.
    - Example: Instead of stating "The fish hatchery is in need of upgrades," use data like "According to a 2023 Pacific Northwest fish population assessment, [Hatchery Name] has seen a [percentage] decline in smolt survival rates over the past five years, impacting wild salmon and steelhead populations."
    - Note: We recognize that complete data sets regarding specific needs to your community may not always be available. Proposals will not be penalized for data gaps beyond your control. Our focus is on identifying strong proposals that demonstrate a clear understanding of the problem you aim to address, even if comprehensive data isn't available. We encourage you to identify known data gaps in your proposal and if feasible, propose solutions for future data collection.

- **Plan for data collection:** Outline your plan for gathering relevant data throughout the duration of your project. The plan should include the types of data, how you will collect it, frequency of collection, how you will ensure its quality, and any planned data analysis.
    - Example: Explain how you will gather data on water quality, hatchery infrastructure condition, and fish health through regular monitoring, equipment readings, and collaborating with fish and wildlife agencies. Ensure data accuracy through established protocols and procedures.
- **Leverage data for decision-making:** Describe how you will use data to inform key project decisions and track progress towards your goals.
    - Example: Describe how you will use data on water flow, hatchery capacity, and fish health to identify critical maintenance and modernization needs, selecting appropriate upgrades and adjusting them as needed. Track progress with metrics like improved water quality parameters, increased hatchery capacity, and higher survival rates.

**Performance:**

- **Set "SMART" goals:** SMART stands for Specific, Measurable, Achievable, Relevant, and Time-Bound. Establish clear SMART goals aligned with the objectives (as stated in Section 1a) and supported by data.
    - Example: Set a SMART objective like "Increase smolt survival rates at [Hatchery Name] by 20% within three years, as measured by the number of healthy fish released and verified by NFMS biologists."
- **Track progress with key performance indicators (KPIs):** Develop a performance measurement plan with KPIs to monitor your progress towards objectives. Your KPIs should align with the goals and objectives of your project. Clearly define the metrics you will use to assess progress and ensure the metrics are feasible given your data collection plan. Regularly tracking KPIs will provide valuable insights throughout implementation of your project and allow you to make data-driven decisions to optimize impact.
    - Example: Identify KPIs like the volume of clean water delivered to rearing ponds, the number of fry successfully hatched, and the reduction in disease outbreaks within the hatchery. Outline how you will collect and analyze this data regularly in collaboration with stakeholders.
- **Adapt and improve:** Explain how you will use performance data to adapt your project activities and ensure optimal effectiveness. We understand that challenges and opportunities may arise throughout your project, and therefore encourage you to demonstrate a commitment to continuous learning and improvement through evidence-building.
    - Example: Explain how you will analyze data to identify bottlenecks in the hatchery system or unforeseen challenges and adapt maintenance or modernization strategies accordingly. This could involve modifying water treatment procedures, exploring alternative rearing methods, or collaborating with other hatcheries to share best practices.

Storytelling:

- **Sharing a compelling narrative:** Explain how you will share stories that describes your project, its goals, and the positive impact it has or will have on the community. This is an opportunity to

    get creative and integrate culturally relevant and meaningful mediums to showcase the real-life impact of your project.
- Example: Media such as blog posts, podcasts, videos, photo essays, and infographics along with data such as those collected from surveys, focus groups, and interviews are great methods to demonstrate project impacts. These types of activities demonstrate project importance while resonating with the audience.

- **Focus on the human element:** Highlight the individuals and communities who will benefit from your work, adding a personal touch to your proposal. Meaningful data is not only limited to numbers and statistics. Incorporating information that speaks to how your project has impacted or improved the lives of people is important.
  - Examples: Feature quotes and testimonials from tribal members expressing their concerns about the decline of salmon, and their hope for the project's success in restoring these vital resources.
- **Integrate data and performance metrics:** Use data and evidence to support your narrative and make it more impactful and convincing.
  - Example: Weave data points like the number of fish released, the improvement in smolt survival rates, and the economic benefits for local communities into your narrative to demonstrate the project's tangible impact.

## C) HIGHLIGHTING EVENTS

You are encouraged to work with BIA and NMFS to identify potential opportunities for agency officials to participate in on the ground events, such as ground-breaking ceremonies or project completion ribbon cuttings. Additionally, you are encouraged to support the development of promotional materials by providing pictures and narratives that help us craft impactful stories that resonate with stakeholders, including Congress, the media, and most importantly, the communities we serve.

When possible, Tribes are encouraged to provide notice to BIA and NMFS at least two months prior to major milestones such as ground-breaking and project completion so agency personnel can coordinate visitation to project sites and involvement in activities as appropriate. Your objection to participating in elevation your project's narrative will not affect your eligibility for award.

## 9) DEFINITIONS

**Co-management -** Co-management of hatcheries may refer to the collaborative involvement of a Tribe or Tribes in the preparation, modification, or implementation of a Hatchery Genetic Management Plan (HGMP), or in the operation or management of a hatchery facility.

**Hatchery facility -** Buildings and other equipment used by the operator or operators for adult collection, broodstock acquisition and utilization, spawning, juvenile hatching and rearing, holding/reconditioning/caring for/stocking, and juvenile releases of Pacific salmon and steelhead.

**Maintenance -** Work that is required to prolong the life of a hatchery facility including: delay of physical deterioration; enhancement or modernization of original function; application of new technological advances; or replacement of acquisition of associated capitalized equipment. Includes work and costs related to planning, design, engineering, permitting, construction, and construction management.

**Modernization -** Work that will upgrade, rehabilitate, or expand a hatchery facility, including planning, design, engineering, permitting, construction, and construction management.

**Pacific Salmon and Steelhead -** Pacific salmon and steelhead include the following species:

- Chinook Salmon *(Oncorhynchus tshawytscha)*
- Chum Salmon *(Oncorhynchus keta)*
- Coho Salmon *(Oncorhynchus kisutch)*
- Sockeye Salmon *(Oncorhynchus nerka)*
- Pink Salmon *(Oncorhynchus gorbuscha)*
- Steelhead Trout *(Oncorhynchus mykiss)*