PLAINTIFFS' EXHIBIT 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:26-cv-00061-SAB |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator, NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity. | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

### Second Declaration  of Glen Connelly

I, Glen Connelly, declare under penalty of perjury that the following facts and

observations, except where noted to be based on reasoned information and belief,

are true and correct:

1

1.     I am the Director of the Department of Natural Resources for the Confederated Tribes of the Chehalis Reservation (the "Tribe"). I have worked for the Tribe since 2004, including as the Director of the Department of Natural Resources for the Tribe since 2017.

2.     I have personal knowledge of the facts to which I testify.  Where opinions are stated, such opinions are: based on my knowledge, training, and/or experienced; based on information that I have personally observed/obtained or have a reasonable basis to believe is true; and are stated on a more probable than not basis.

3.     I have reviewed the response filed by the Defendants in this case yesterday, including the Defendants' assertion that the standard used by NOAA to determine which tribes would be eligible to apply for IRA tribal hatchery grant funding comes from an interagency agreement between NOAA Fisheries and the BIA and is:

> Federally recognized tribes that have a Pacific salmon or steelhead hatchery facility or interest in a Pacific salmon or steelhead hatchery facility that needs maintenance and/or modernization, and where an allocation of funds for that facility would contribute to the exercise of tribal salmon fishing in four significant tribal salmon fisheries, the US v. Oregon, US v. Washington, Klamath/Trinity, and Metlakatla fisheries.

4.      The Confederated Tribes of the Chehalis Reservation meet this standard because the Chehalis Tribe has a Pacific salmon hatchery that needs maintenance and modernization.

5.      And specifically, the salmon produced at the Tribe's hatchery swim down the Chehalis River to the Pacific Ocean where they grow into adults. Those adult fish in the Pacific Ocean, and upon their return to Grays Harbor and the Chehalis River, are available for harvest by members of the Quinault Indian Nation and other tribes that are parties to *U.S. v. Washington*.

6.      Therefore, the Confederated Tribes of the Chehalis Reservation "contribute to the exercise of tribal salmon fishing in the US v. Washington fishery".

7.      Until Defendants produced the interagency agreement yesterday, I had not seen it, specifically the provision quoted above, or any other written description of any criteria used by NOAA and/or the BIA to determine tribal eligibility for the IRA tribal hatchery grant funds.

I declare under penalty of perjury that the foregoing is true and correct.

March 6, 2026

*Glen Connelly*

Glen Connelly, Director of Natural Resources
The Confederated Tribes of the Chehalis Reservation