FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; and CONFEDERATED TRIBES OF THE CHEHALIS RESERVATION,

Plaintiffs,

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; SECRETARY OF COMMERCE HOWARD LUTNICK, in his official capacity; JENNIFER QUAN, Regional Administrator NOAA Fisheries West Region, in her official capacity; BUREAU OF INDIAN AFFAIRS; and SECRETARY OF THE INTERIOR DOUGLAS BURGUM, in his official capacity,

Defendants.

No. 2:26-CV-00061-SAB

**ORDER GRANTING MOTION TO STAY CASE**

Before the Court is the parties' Joint Motion for Stay Pending Appellate Activities, ECF No. 47. Plaintiffs are represented by Robbi M. Kesler, Thomas J. Peckham, and Marty M. Raap. Defendants are represented by Joseph P. Derrig and Derek T. Taylor.

The parties request the Court stay proceedings in the above-captioned matter as they are engaged in appellate proceedings and related mediation discussions.

The Court finds good cause to grant the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Joint Motion for Stay Pending Appellate Activities, ECF No. 47, is **GRANTED**.

**2.** The above-captioned matter is **STAYED** pending further order of the Court.

**3.** All pending dates and deadlines are **STRICKEN**.

**4.** Within 45 days of the entry of this Order, the parties shall file a joint status report indicating the status of appellate proceedings and addressing whether additional time is needed.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 20th day of November 2026.

Stan Bastian
Chief United States District Judge